UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUWAI FARHA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FOSS, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-2206 KJM KJN P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 45) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated:  April 27, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/farh2206.36

1