UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MAUWAI FARHA, | No.  2:20-cv-2206 KJM KJN P |
| Plaintiff, |  |
| v. | ORDER |
| M. JOHNSON, et al., |  |
| Defendants. |  |

Plaintiff filed a motion for extension of time to file a third amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 51) is granted; and

2.  Plaintiff is granted thirty days from the date of this order in which to file a third amended complaint.

Dated:  December 1, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hh/cw/farh2206.36(2)