IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MAUWAI FARHA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FOSS, et al.,<br><br>　　　　　　　　　　Defendants. | 2:20-cv-2206 KJM KJN P<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF DEADLINE TO CONSENT OR DECLINE MAGISTRATE JUDGE JURISDICTION<br><br>Judge:　　　The Honorable Kendall J. Newman<br>Trial Date:　None<br>Action Filed:　November 2, 2020 |

　　Counsel for defendants M. Johnson and J. Frailey moved for an extension of the deadline to consent or decline magistrate judge jurisdiction in this matter by thirty days.

　　The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

　　Accordingly, IT IS HEREBY ORDERED that:

　　1. Defendants' request to extend time (ECF No. 60) is granted; and

2. The parties' deadline to consent or decline magistrate judge jurisdiction in this matter is extended for thirty days to June 23, 2023.

Dated: June 1, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/farh2206.eot