UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUWAI FARHA,<br><br>    Plaintiff,<br><br>    v.<br><br>FOSS, et al.,<br><br>    Defendants. | No.  2:20-cv-2206 KJM KJN P<br><br><br>ORDER |

Plaintiff filed his second request for an extension of time to file an opposition to the pending motion to dismiss.  Good cause appearing, the request is granted.  No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's September 27, 2023 motion for an extension of time (ECF No. 69) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition. No further extensions of time will be granted.

Dated:  October 16, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

farh2206.36sec