UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUWAI FARHA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. FOSS, et al.,<br><br>　　　　Defendants. | No.  2:20-cv-02206 KJM CSK P<br><br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　In January 2023, plaintiff, who is disabled and requires a wheelchair, filed a third amended complaint alleging that while housed at High Desert State Prison, he was subjected to unsanitary conditions in his cell for an extended period of time beginning in October 2015.  (ECF No. 53; *see also* ECF No. 55 (screening order).)  On August 1, 2023, defendants filed a motion to dismiss.  (ECF No. 66.)  Plaintiff was subsequently granted three extensions of time but did not file an opposition.  (ECF Nos. 68, 70, & 72.)

　　　　On December 27, 2023, the magistrate judge filed findings and recommendations, which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to

1

the findings and recommendations in which he seeks another extension of time. Defendants filed a response objecting that they filed their motion to dismiss six months ago, and plaintiff has previously been granted multiple extensions of time. (ECF No. 75 at 3.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds defendants' motion for partial dismissal should be granted due to plaintiff's failure to oppose the motion. In view of plaintiff's objections, the court declines to adopt the magistrate judge's recommendation that this action be dismissed in its entirety for lack of prosecution or as a sanction for failure to comply with the Local Rules and court orders.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 27, 2023 (ECF No. 73), are adopted in part;

2. Defendants' August 1, 2023 Motion to Dismiss, ECF No. 66, is GRANTED;

3. Plaintiff's claim against defendant Foss is dismissed;

4. All damages claims against defendants in their official capacities are dismissed;

5. Plaintiff's claim for declaratory relief is dismissed as unnecessary; and

6. This action is referred back to the magistrate judge for further proceedings.

DATED: April 15, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE