UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUWAI FARHA,<br><br>            Plaintiff,<br><br>    v.<br><br>FOSS, et al.,<br><br>            Defendants. | No. 2:20-cv-2206 KJM CSK P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. This matter is before the court for further proceedings.

Background

On January 23, 2023, plaintiff, who is disabled and requires a wheelchair, filed a third amended complaint alleging that while housed at High Desert State Prison, he was subjected to unsanitary conditions in his cell for an extended period of time beginning in October of 2015. (ECF No. 53; see also ECF No. 55 (screening order).)

On August 1, 2023, defendants M. Johnson, J. Frailey, T. Foss, and H. Wagner filed a motion for partial dismissal. (ECF No. 66.) Subsequently, plaintiff was granted three extensions of time to oppose defendants' motion (ECF Nos. 68, 70, 72), but did not file an opposition. On December 27, 2023, the magistrate judge recommended that the action be dismissed in its entirety for lack of prosecution or as a sanction for failure to comply with the Local Rules and court

orders.  (ECF No. 73.)  Plaintiff filed objections to the findings and recommendations in which he sought another extension of time; defendants objected that their motion to dismiss was filed six months prior, and plaintiff was already granted multiple extensions of time.  (ECF Nos. 74, 75.)

On April 16, 2024, the district court declined to dismiss the action in its entirety but granted defendants' motion for partial dismissal based on plaintiff's failure to timely oppose the motion, dismissed plaintiff's claim against defendant Foss, dismissed all damages claims against defendants in their official capacities, dismissed plaintiff's claim for declaratory relief, and referred the matter to the undersigned for further proceedings.  (ECF No. 77.)

Discussion

In light of the dismissal of plaintiff's claim against defendant Foss (ECF No. 77 at 2), the remaining defendants M. Johnson, J. Frailey, and H. Wagner shall file a responsive pleading within thirty days.

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, defendants M. Johnson, J. Frailey, and H. Wagner shall file a responsive pleading.

Dated:  April 19, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/farh2206.ans

2