UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUWAI FARHA, | No. 2:20-cv-2206 KJM CSK P |
| Plaintiff, | |
| v. | ORDER |
| FOSS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. On July 17, 2024, plaintiff filed a request for the status of his case, noting he has been in the hospital since May of 2024 due to a broken knee. (ECF No. 81.) In addition, plaintiff requested an extension of time to "answer the Attorney General[']s demand for a jury trial." (Id.) As discussed below, plaintiff's request, construed as a motion for extension of time to respond to defendants' answer, is denied.

I.   BACKGROUND

On May 20, 2024, defendants filed an answer. (ECF No. 79.) On May 28, 2024, the Court issued a discovery and scheduling order. (ECF No. 80.) On June 10, 2024, plaintiff's copy of the discovery and scheduling order was returned as undeliverable by the post office.

II.   DISCUSSION

Plaintiff filed a motion for an extension of time to file a reply to defendants' answer. Rule 7(a) of the Federal Rules of Civil Procedure provides:

1

    (a) Pleadings. Only these pleadings are allowed:

        (1) a complaint;

        (2) an answer to a complaint;

        . . .

        (7) <u>if the court orders one</u>, a reply to an answer.

Fed. R. Civ. P. 7(a) (emphasis added). The court has not ordered plaintiff to reply to defendants' answer and declines to make such an order. Therefore, plaintiff's motion is denied.

    In addition, the address on plaintiff's motion differs from his address of record. While the Court is sympathetic to plaintiff's recent hospital stay, plaintiff is advised that he is under a continuing duty to keep the Court and counsel for defendants apprised of plaintiff's current address at all times during this litigation. Local Rule 182(f). Local Rule 182(f) also requires that plaintiff file and serve on counsel for defendants a separate notice of any change of address. <u>Id.</u> Simply including a different address within a filing is insufficient to give everyone notice about a change of address. On this occasion, the Clerk of the Court is directed to change plaintiff's address. (ECF No. 81.) In the future, however, plaintiff should timely file a separate change of address notice.

    Finally, because plaintiff's copy of the discovery and scheduling order was returned as undeliverable, the Clerk of the Court is directed to re-serve a copy of the order (ECF No. 80) on plaintiff at his current address.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's request (ECF No. 81), construed as a motion for extension of time to respond to defendants' answer, is denied; and

    2. The Clerk of the Court is directed to: (a) change plaintiff's address to California Men's Colony State Prison, P.O. Box 8101, San Luis Obispo, CA 93409-8101; and (b) re-serve a copy of the discovery and scheduling order (ECF No. 80) on plaintiff at his current address.

Dated: July 22, 2024

/1/farh2206.77e

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE