UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mauwai Farha,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Foss et al.,<br><br>　　　　　　Defendants. | No. 2:20-cv-02206-KJM-CSK<br><br>ORDER |

　　　On September 20, 2024, the parties resolved this case in its entirety and this court dismissed this case pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). *See* ECF No. 85. On December 11, 2024, plaintiff notified the court they had still not received the settlement funds as agreed to when the parties had resolved their case. *See* ECF No. 87. Defendants responded to this notice via a letter to the plaintiff and informed plaintiff they would receive the funds by approximately March 17, 2025. *See* ECF No. 89 at 2. On May 15, 2025, plaintiff filed another request with the court, stating that as of May 12, 2025, they had still not received the settlement funds from defendants. *See id.* at 1. The plaintiff asked the court to enforce the settlement agreement. *See id.* On June 11, 2025, defendants filed an opposition to plaintiff's request, stating defendants paid plaintiff in full on May 27, 2025. *See* ECF No. 91 at 1. Defendants have attached a declaration from Steve Pyun, a deputy attorney general for the state of California, who asserted the California Department of Corrections and Rehabilitation paid the

1

money into the plaintiff's trust account on that day.  *See id.* at 3.  Plaintiff has not responded to defendants' opposition.

Given plaintiff's non-response to defendants' assertion the settlement has been paid in full and given that defendants' have provided unrebutted evidence the settlement was paid in full, the court **denies** plaintiff's request to enforce the settlement.

This order resolves ECF No. 89.

IT IS SO ORDERED.

DATED: July 31, 2025.

UNITED STATES DISTRICT JUDGE